FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 13, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>Plaintiff,<br><br>v.<br><br>WALLA WALLA COUNTY, STEVEN BARKER,<br>Defendants. | CASE NO:  4:25-CV-5162-TOR<br><br>RULE 68 OFFER AND ACCEPTANCE ORDER |

BEFORE THE COURT are the parties' Stipulated Motion to Dismiss Defendant Steven Barker (ECF No. 9) and Stipulated Motion for Offer of Judgment and Acceptance of Offer of Judgment (ECF No. 10).

The parties have stipulated to the dismissal of Defendant Steven Barker with prejudice and without fees or costs to any party regarding dismissal of Steven Barker pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Additionally, the parties seek an order of judgment to reflect Defendants' Federal Rule of Civil Procedure 68 Offer of Judgment, Plaintiff's acceptance

RULE 68 OFFER AND ACCEPTANCE ORDER ~ 1

thereof, and the parties' agreement regarding the amount to be paid for attorney fees and costs.  ECF Nos. 10, 10-1, 10-2.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Dismiss Defendant Steven Barker (ECF No. 9) is **GRANTED**.  Defendant Steven Barker is dismissed from this action with prejudice and without fees and costs to any party regarding his dismissal.

2. The parties' Stipulated Motion for Offer of Judgment and Acceptance of Offer of Judgment (ECF No. 10) is **GRANTED**.  The Clerk of Court shall enter a Judgment in favor of Plaintiff Human Rights Defense Center in the amount of $40,000 and against Defendant Walla Walla County.

The District Court Executive is hereby directed to enter this Order and Judgment accordingly, furnish a copies to the Parties, and **CLOSE** the file.

DATED March 13, 2026.

THOMAS O. RICE
United States District Judge

RULE 68 OFFER AND ACCEPTANCE ORDER ~ 2