AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 13, 2026

SEAN F. McAVOY, CLERK

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br>*Plaintiff*<br>v.<br><br>WALLA WALLA COUNTY,<br>STEVEN BARKER,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

Civil Action No.   4:25-CV-5162-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  The parties' Stipulated Motion to Dismiss Defendant Steven Barker (ECF No. 9) is GRANTED. Defendant Steven Barker is dismissed from this action with prejudice; The parties' Stipulated Motion for Offer of Judgment and Acceptance of Offer of Judgment (ECF No. 10) is GRANTED.
Judgment entered in favor of Plaintiff Human Rights Defense Center in the amount of $40,000 and against Defendant Walla Walla County.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas O. Rice

Date:  March 13th, 2026

CLERK OF COURT

s/Sean F. McAvoy
*Signature of Clerk*